**No. 10-5411. Keith L. Wilson, Petitioner v. Thomas K. Bell, Warden.**

562 U.S. 920, 131 S. Ct. 292, 178 L. Ed. 2d 192, 2010 U.S. LEXIS 7211.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 368 Fed. Appx. 627.

**No. 10-5412. Kevin Sholes, Petitioner v. Burl Cain, Warden.**

562 U.S. 920, 131 S. Ct. 292, 178 L. Ed. 2d 192, 2010 U.S. LEXIS 7627.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 370 Fed. Appx. 531.

**No. 10-5413. Amin A. Rashid, Petitioner v. United States.**

562 U.S. 920, 131 S. Ct. 293, 178 L. Ed. 2d 192, 2010 U.S. LEXIS 7363.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 375 Fed. Appx. 199.

**No. 10-5414. Gregory L. Roberson, Petitioner v. United States.**

562 U.S. 920, 131 S. Ct. 293, 178 L. Ed. 2d 192, 2010 U.S. LEXIS 7123.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 362 Fed. Appx. 235.

**No. 10-5415. Nieves J. Ramos-Hernandez, Petitioner v. United States.**

562 U.S. 920, 131 S. Ct. 293, 178 L. Ed. 2d 192, 2010 U.S. LEXIS 7582.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-5417. Curtis Devon Harris, Petitioner v. United States.**

562 U.S. 920, 131 S. Ct. 293, 178 L. Ed. 2d 192, 2010 U.S. LEXIS 7575.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 377.

**No. 10-5418. Bruce N. Brown, Petitioner v. Steve Watters, Superintendent, Central Wisconsin Center for the Developmentally Disabled.**

562 U.S. 920, 131 S. Ct. 293, 178 L. Ed. 2d 192, 2010 U.S. LEXIS 7240.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 599 F.3d 602.

**No. 10-5419. Elmo Waid, Petitioner v. United States.**

562 U.S. 920, 131 S. Ct. 294, 178 L. Ed. 2d 192, 2010 U.S. LEXIS 7195.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.